THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO GUY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | NO. 2:22-cv-01558-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND COMPLAINT RESPONSE DEADLINE**<br><br>NOTING DATE: NOVEMBER 23, 2022<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Complaint Response Deadline. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendant's deadline to answer, move, or otherwise plead in response to Plaintiff's Class Action Complaint is extended until the greater of either January 12, 2023, or, if the pending Motion to Consolidate is granted, thirty (30) days after the filing of a Consolidated Amended Complaint.

DATED this 28th day of November, 2022.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND COMPLAINT RESPONSE
DEADLINE - 1
(Case No. 2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

Presented by,

s/ James R. Morrison
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com

Bethany G. Lukitsch (*pro hac vice* forthcoming)
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Phone: (310) 820-8800
Email: blukitsch@bakerlaw.com

*Attorneys for Defendant*

/s/ Michael C. Subit
Michael C. Subit, WSBA #29189
Frank Freed Submit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Phone: (206) 624-6711
Email: msubit@frankfreed.com

Gary E. Mason (admitted *pro hac vice*)
Danielle L. Perry (admitted *pro hac vice*)
Lisa A. White (admitted *pro hac vice*)
Mason LLP
5101 Wisconsin Avenue, NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: lwhite@masonllp.com

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION
TO EXTEND COMPLAINT RESPONSE
DEADLINE - 2
(Case No. 2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380