THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEO GUY, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant. | Case No. 2:22-cv-01558-MJP <br><br> **PLAINTIFFS' STATUS REPORT** <br><br> **NOTING DATE: DECEMBER 26, 2022** |
| RYAN TANNER, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant. | Case No. 2:22-cv-01562 |
| MAGALY GRANADOS, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant, | Case No. 2:22-cv-01590 |

NO. 2:22-CV-01558-MJP

STATUS REPORT - 1

MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290

Pursuant to the Court's December 20, 2022, motion hearing, Plaintiffs' Counsel, respectfully submits this status report to document the organization of the Co-Lead Counsel and identify the Local Counsel. Gary E. Mason of Mason LLP; Jean S. Martin of Morgan & Morgan Complex Litigation Group; and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, one attorney from each of the first three filed related actions will serve as the Co-Lead Counsel for all matters related to this case. (Collectively, "Co-Lead Counsel").

1. Jean Martin of Morgan & Morgan will serve as the lead spokesperson, contact and "whip" for the Court.
2. Local Counsel shall be Cecily C. Jordan from Tousley Brain Stephens Law PLLC.

Plaintiffs' Counsel is pleased to respond if the court has any questions.

DATED this 26th day of December 2022.    Respectfully submitted,

**MASON LLP**

By: /s/ *Gary E. Mason*

Gary E. Mason (*admitted pro hac vice*)
Danielle L. Perry (*admitted pro hac vice*)
Lisa A. White (*admitted pro hac vice*)
**MASON LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: 202.429.2290
Facsimile: 202.429.2294
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Attorneys for Plaintiff Guy*


By: /s/ *Michael C. Subit*
Michael C. Subit, WSBA #29189
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206.624.6711
msubit@frankfreed.com

NO. 2:22-CV-01558-MJP
STATUS REPORT - 2

MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290

*Local Counsel for Plaintiff Guy*

**TERRELL MARSHALL
LAW GROUP PLLC**
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
Jean S. Martin**
Email: jeanmartin@ForThePeople.com
Francesca Kester**
Email: fkester@ForThePeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908

*Attorneys for Plaintiff Tanner*

Gary M. Klinger**
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
gklinger@milberg.com

Bryan L. Bleichner**
Philip Krzeski**
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

Jason T. Dennett, WSBA #30686
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147

NO. 2:22-CV-01558-MJP
STATUS REPORT - 3

MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290

Tel: (206) 682-5600
Fax: (206) 682-2992
jdennett@tousley.com

*Attorneys for Plaintiff Granado*

NO. 2:22-CV-01558-MJP
STATUS REPORT - 4

MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

DATED at Washington, D.C. on this 26th day of December 2022.

By: /s/ *Gary E. Mason*
Gary E. Mason (*admitted pro hac vice*)

NO. 2:22-CV-01558-MJP
STATUS REPORT - 5

MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290