THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO GUY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | No. 2:22-cv-01558-MJP<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(A)(2)**<br><br>**NOTED ON MOTION CALENDAR: JANUARY 26, 2023** |
| JUAN GARCIA-MEZA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | No. 2:22-cv-01804-BJR |

This Court, having considered the Joint Motion of the Parties to consolidate the *Garcia-Meza* Action and the *Guy* Action, here by ORDERS as follows:

1. *Garcia-Meza v. Convergent Outsourcing, Inc.* (No. 2:22-cv-01804-BJR) shall be consolidated with *Guy v. Convergent Outsourcing, Inc.* (No. 2:22-cv-01558-MJP);

2. The Clerk is directed to file this Order in both actions and then administratively close No. 2:22-cv-01804-BJR;

ORDER GRANTING JOINT MOTION TO
CONSOLIDATE PURSUANT
TO FED. R. CIV. P. 42(A)(2) - 1
(CASE NO. 2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

3. All case deadlines in the *Garcia-Meza* Action are stricken and all case deadlines in the *Guy* Action shall apply to the *Garcia-Meza* Action, including the *Guy* Action Order Granting Stipulated Motion To Extend Complaint Response Deadline (Dkt. 15) and the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 26); and

4. The Clerk is ordered to provide copies of this order to all counsel.

Dated this 27th day of January, 2023

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

Presented by:

**BAKER & HOSTETLER LLP**

*/s James R. Morrison*
James R. Morrison, WSBA No. 43043
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: jmorrison@bakerlaw.com

Bethany G. Lukitsch (*pro hac vice* forthcoming)
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 9002-0509
Tel: (310) 820-8800
Email: blukitsch@bakerlaw.com

*Attorneys for Defendant*
*Convergent Outsourcing, Inc.*

ORDER GRANTING JOINT MOTION TO
CONSOLIDATE PURSUANT
TO FED. R. CIV. P. 42(A)(2) - 2
(CASE NO. 2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380