THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO GUY, RYAN TANNER, MAGALY GRANADOS, KERRY LAMONS, TAMMY RANO, VICKI WILL, AND JENNIFER WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | NO. 2:22-cv-01558-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 23, 2023<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Motion to Dismiss Briefing Schedule. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Plaintiffs' response to the motion to dismiss must be filed on or before April 12, 2023 and Defendant's reply to the motion to dismiss must be filed by April 26, 2023. The motion to dismiss is re-noted on the motion calendar to April 26, 2023.

DATED this 24th day of March, 2023.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND MOTION TO DISMISS
BRIEFING
SCHEDULE - 1
(Case No. 2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1  Presented by,

2  BAKER & HOSTETLER LLP

3  *s/James R. Morrison*

4  James R. Morrison, WSBA No. 43043
   Baker & Hostetler LLP

5  999 Third Avenue, Suite 3900
   Seattle, WA 98104-4040

6  Phone: (206) 332-1380

7  E-mail: jmorrison@bakerlaw.com

8  Bethany G. Lukitsch (*pro hac vice*)
   Baker & Hostetler LLP

9  11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025-0509

10 Phone: (310) 820-8800

11 Email: blukitsch@bakerlaw.com

12 Melissa M. Bilancini (*pro hac vice*)
   Baker & Hostetler LLP

13 127 Public Square, Suite 2000
   Cleveland, OH 44114-1214

14 Phone: (216) 621-0200

15 Email: mbilancini@bakerlaw.com

16 *Attorneys for Defendant
   Convergent Outsourcing, Inc.*

17

18

19 TOUSLEY BRAIN STEPHENS PLLC

20 s/ *Cecily C. Jordan*
   Jason T. Dennett, WSBA #30686

21 Cecily C. Jordan, WSBA #50061
   1200 Fifth Avenue, Suite 1700

22 Seattle, WA 98101-3147

23 Tel: (206) 682-5600
   Fax: (206) 682-2992

24 jdennett@tousley.com
   cjordan@tousley.com

25

26

27 ORDER GRANTING STIPULATED                    BAKER & HOSTETLER LLP
   STIPULATED MOTION TO EXTEND                  999 Third Avenue, Suite 3900
   MOTION TO DISMISS BRIEFING                   Seattle, WA 98104-4040
   SCHEDULE - 2                                 Telephone: (206) 332-1380
   (Case No. 2:22-CV-01558-MJP)

| | |
|---|---|
| 1 | MASON LLP |
| 2 | s/*Gary E. Mason* |
| 3 | Gary E. Mason (*admitted pro hac vice*) |
| | Danielle L. Perry (*admitted pro hac vice*) |
| 4 | Lisa A. White (*admitted pro hac vice*) |
| | 5101 Wisconsin Avenue NW, Suite 305 |
| 5 | Washington, DC 20016 |
| | Telephone: 202.429.2290 |
| 6 | Facsimile: 202.429.2294 |
| 7 | gmason@masonllp.com |
| | dperry@masonllp.com |
| 8 | lwhite@masonllp.com |
| 9 | MORGAN & MORGAN |
| 10 | COMPLEX LITIGATION GROUP |
| 11 | s/*Jean S. Martin* |
| | Jean S. Martin |
| 12 | Francesca Kester |
| 13 | Email: jeanmartin@ForThePeople.com |
| | Email: fkester@ForThePeople.com |
| 14 | 201 N. Franklin Street, 7th Floor |
| | Tampa, Florida 33602 |
| 15 | Telephone: (813) 559-4908 |
| 16 | MILBERG COLEMAN BRYSON |
| 17 | PHILLIPS GROSSMAN, PLLC |
| 18 | s/*Gary M. Klinger* |
| | Gary M. Klinger |
| 19 | 227 W. Monroe Street, Suite 2100 |
| | Chicago, IL 60606 |
| 20 | Telephone: (202) 429-2290 |
| 21 | gklinger@milberg.com |
| 22 | *Attorneys for Plaintiffs* |

ORDER GRANTING STIPULATED STIPULATED MOTION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE - 3
(Case No. 2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380