THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO GUY, RYAN TANNER, MAGALY GRANADOS, KERRY LAMONS, TAMMY RANO, VICKI WILL, AND JENNIFER WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | NO. 2:22-cv-01558-MJP<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO EXTEND CONSOLIDATED COMPLAINT RESPONSE DEADLINE<br><br>NOTING DATE: AUGUST 1, 2023 WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Consolidated Complaint Response Deadline (the "Stipulated Motion"). Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY

ORDERED that the Stipulated Motion is GRANTED. Defendant Convergent Outsourcing, Inc.'s deadline to answer, move, or otherwise plead in response to Plaintiffs Leo Guy, *et al.*'s (together, "Plaintiffs") Consolidated Amended Class Action Complaint is extended up to and including September 26, 2023, or, if Plaintiffs file their Consolidated Second Amended Class Action Complaint on or before September 5, 2023, thirty (30) days after its filing.

~~(PROPOSED)~~ ORDER GRANTING STIPULATED
MOTION TO EXTEND CONSOLIDATED COMPLAINT
RESPONSE DEADLINE - 1
(2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

1   DATED this 1st day of August, 2023.

*[signature: Marsha J. Pechman]*

MARSHA J. PECHMAN
United States Senior District Judge

---

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO EXTEND CONSOLIDATED COMPLAINT
RESPONSE DEADLINE - 2
(2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380


Presented by,

s/ James R. Morrison
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com

Bethany G. Lukitsch (admitted *pro hac vice*)
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Phone: (310) 820-8800
Email: blukitsch@bakerlaw.com

*Attorneys for Defendant*

s/ Jean S. Martin
Jean S. Martin (admitted *pro hac vice*)
Morgan & Morgan Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: (813) 559-4908
Email: jeanmartin@forthepeople.com

*Attorneys for Plaintiffs and*
*Interim Co-Lead Counsel*

---

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO EXTEND CONSOLIDATED COMPLAINT
RESPONSE DEADLINE - 3
(2:22-CV-01558-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380