The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO GUY, RYAN TANNER, MAGALY GRANADOS, KERRY LAMONS, TAMMY RANO, VICKI WILL, and JENNIFER WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 2:22-cv-01558-MJP<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>NOTING DATE: SEPTEMBER 25, 2023 |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 1
Case No. 2:22-cv-01558-MJP

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    Pursuant to LCR 7(j), Plaintiffs Leo Guy, Ryan Tanner, Magaly Granados, Kerry
2    Lamons, Tammy Rano, Vicki Will, and Jennifer White ("Plaintiffs"), by and through their
3    attorneys, hereby respectfully request that this Court issue an Order extending the deadline for
4    Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement by an
5    additional fourteen (14) days until October 16, 2023. On August 17, 2023, the Parties filed a
6    Stipulated Motion Staying Cases Deadlines Pending Filing of Motion for Preliminary Approval
7    of Class Action Settlement (ECF No. 49), informing the Court that the Parties had attended
8    mediation and reached a settlement agreement in principle. The Court stayed the case until
9    October 2, 2023, to provide the Parties sufficient time to finalize the terms of the agreement and
10   prepare a motion for preliminary approval (ECF No. 50). Good cause exists for this request.
11   Plaintiffs have been working diligently to meet the current deadline but seek a fourteen (14) day
12   extension to finalize the settlement papers and file their Motion for Preliminary Approval.
13   Additionally, counsel for Plaintiffs have contacted counsel for Defendant on September 22, 2023
14   via email regarding the relief requested in this Motion, who has represented that they do not
15   oppose the relief requested.

16    WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline to file
17   Plaintiffs' Motion for Preliminary Approval of Class Action Settlement by fourteen (14) days
18   until October 16, 2023.

19    I certify that this memorandum contains 233 words, in compliance with the Local Civil
20   Rules.

21    DATED this 25th day of September 2023.

Respectfully submitted,

**MASON LLP**

By: */s/ Gary E. Mason*
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Lisa A. White (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 2
Case No. 2:22-cv-01558-MJP

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Cecily C. Jordan*
Jason T. Dennett, WSBA #30686
Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
jdennett@tousley.com
cjordan@tousley.com

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Jean S. Martin (*pro hac vice*)
Francesca Kester (*pro hac vice* forthcoming)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@ForThePeople.com
fkester@ForThePeople.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and the proposed Class*

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3
Case No. 2:22-cv-01558-MJP

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992