1

The Honorable Marsha J. Pechman

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

LEO GUY, RYAN TANNER, MAGALY
GRANADOS, KERRY LAMONS, TAMMY
RANO, VICKI WILL, and JENNIFER
WHITE, individually and on behalf of all
others similarly situated,

10

Case No. 2:22-cv-01558-MJP

11

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

12

13

Plaintiffs,

14

v.

15

CONVERGENT OUTSOURCING, INC.,

NOTING DATE: OCTOBER 12, 2023

16

17

Defendant.

18

19

20

21

22

23

24

25

26

MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290

1
2
3
4
5

Pursuant to LCR 7(j), Plaintiffs Leo Guy, Ryan Tanner, Magaly Granados, Kerry Lamons, Tammy Rano, Vicki Will, and Jennifer White ("Plaintiffs"), by and through their attorneys, hereby respectfully request that this Court issue an Order extending the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement by an additional fourteen (14) days until October 30, 2023.

6
7
8
9
10
11
12

On August 17, 2023, the Parties filed a Stipulated Motion Staying Cases Deadlines Pending Filing of Motion for Preliminary Approval of Class Action Settlement (ECF No. 49), informing the Court that the Parties had attended mediation and reached a settlement agreement in principle. The Court stayed the case until October 2, 2023, to provide the Parties sufficient time to finalize the terms of the agreement and prepare a motion for preliminary approval (ECF No. 50). On September 25, 2023, the Parties sought an extension of their time to finalize the settlement and file preliminary approval papers up to and including October 16, 2023.

13
14
15
16
17

Good cause exists for this request. The Parties have been working diligently to meet the current deadline but seek an additional fourteen (14) day extension to finalize the settlement papers and file their Motion for Preliminary Approval. Counsel for Plaintiffs have communicated with counsel for Defendant on October 11, 2023 via email regarding the relief requested in this Motion. Defendant does not oppose the requested relief.

18
19
20

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement by fourteen (14) days until October 30, 2023.

21
22

I certify that this memorandum contains 262 words, in compliance with the Local Civil Rules.

23
24
25
26

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 2

MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290

1   DATED this 12th day of October 2023.

2                                           Respectfully submitted,

3

4                                           **MASON LLP**

5                                           By: */s/ Gary E. Mason*
                                            Gary E. Mason (*pro hac vice*)
6                                           Danielle L. Perry (*pro hac vice*)
                                            Lisa A. White (*pro hac vice*)
7                                           5335 Wisconsin Avenue NW, Suite 640
                                            Washington, DC 20015
8                                           Telephone: (202) 429-2290
                                            gmason@masonllp.com
9                                           dperry@masonllp.com
                                            lwhite@masonllp.com
10

11                                          **TOUSLEY BRAIN STEPHENS PLLC**
                                            Jason T. Dennett, WSBA #30686
12                                          Cecily C. Jordan, WSBA #50061
                                            1200 Fifth Avenue, Suite 1700
13                                          Seattle, WA 98101-3147
                                            Telephone: (206) 682-5600
14                                          jdennett@tousley.com
                                            cjordan@tousley.com
15

16
                                            **MORGAN & MORGAN**
17                                          **COMPLEX LITIGATION GROUP**
                                            Jean S. Martin (*pro hac vice*)
18                                          Francesca Kester (*pro hac vice* forthcoming)
                                            201 N. Franklin Street, 7th Floor
19                                          Tampa, Florida 33602
                                            Telephone: (813) 559-4908
20                                          jeanmartin@ForThePeople.com
                                            fkester@ForThePeople.com
21

22                                          **MILBERG COLEMAN BRYSON**
                                            **PHILLIPS GROSSMAN, PLLC**
23                                          Gary M. Klinger (*pro hac vice*)
                                            227 W. Monroe Street, Suite 2100
24                                          Chicago, IL 60606
                                            Telephone: (866) 252-0878
25                                          gklinger@milberg.com

26
                                            *Attorneys for Plaintiffs and the proposed Class*

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT - 3

MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290