The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEO GUY, RYAN TANNER, MAGALY GRANADOS, KERRY LAMONS, TAMMY RANO, VICKI WILL, and JENNIFER WHITE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CONVERGENT OUTSOURCING, INC.,

Defendant.

Case No. 2:22-cv-01558-MJP

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

NOTING DATE: OCTOBER 12, 2023

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1

MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290

THIS MATTER came before this Court upon Plaintiffs' Unopposed Motion for Extension of Time to File Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Having reviewed the Motion, being fully advised on the matter, and of good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

Plaintiffs' deadline to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is hereby extended until October 30, 2023.

DATED this 17th day of October, 2023.

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

**MASON LLP**
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Lisa A. White (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**TOUSLEY BRAIN STEPHENS PLLC**
Jason T. Dennett, WSBA #30686
Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
jdennett@tousley.com
cjordan@tousley.com

Order Granting Unopposed Motion For Extension Of Time To File Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement - 2

Mason LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Jean S. Martin (*pro hac vice*)
Francesca Kester (*pro hac vice* forthcoming)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@ForThePeople.com
fkester@ForThePeople.com

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and the proposed Class*

Order Granting Unopposed Motion For Extension Of Time To File Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement - 3

**Mason LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290